■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KHULDIB MATHURE, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Queens County (O'Brien, J.), rendered May 2, 1982, convicting him of murder in the second degree and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

Under the facts of this case, the jury could "conclude that it was not a reasonable possibility" that defendant's "conduct is equally consistent with" an intent to merely seriously injure rather than to kill (*People v Bracey,* 41 NY2d 296, 302). Therefore, there is no basis for reducing the conviction of murder in the second degree to manslaughter in the first degree, as defendant urges on appeal (*cf. People v Marrero,* 67 AD2d 951).

We find that the rebuttal testimony, while improperly introduced solely to impeach defendant's credibility, was harmless error and did not deprive defendant of a fair trial (*People v Crimmins,* 36 NY2d 230). We find no merit to defendant's remaining contentions. Mangano, J. P., Bracken, Rubin and Kunzeman, JJ., concur.